**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| MARY DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>GUNNER WAYNE RICE,<br><br>Defendant. | CIVIL ACTION NO.: 4:26-cv-175 |

**O R D E R**

On August 28, 2026, the Court administratively closed this action as the case had settled. (Doc. 11.) Presently before the Court is a Joint Stipulation of Dismissal With Prejudice, signed by counsel for Plaintiff and counsel for Defendant, wherein the parties state that they stipulate to the dismissal of this action with prejudice, with each party to bear their own attorneys' fees, expenses, and costs. (Doc. 12.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and **DIRECTED** to **REOPEN** this case, **TERMINATE** any pending motions, and **CLOSE** this case.

**SO ORDERED**, this 10th day of September, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA